```
                IN THE UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF ARKANSAS
                       FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                      PLAINTIFF

      v.        Civil No. 04-50042-002

DANNY McCARTHY and
ROXANNE CARTER                                                DEFENDANT

### ORDER

NOW on this 4th day of January, 2006, comes on for consideration a **Motion to be Relieved as Counsel** (document #64) filed on December 15, 2005 by Dale Casto, and the Court, being well and sufficiently advised, finds that the motion should be, and it hereby is, granted.

**IT IS SO ORDERED.**

                                          /S/JIMM LARRY HENDREN
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT COURT