**Myron L. Smith**
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
35 East Mountain, Room #319
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

November 14, 2006

Honorable Jimm Larry Hendren
Chief U.S. District Judge
U.S. Courthouse
35 E. Mountain
P.O. Box 6420
Fayetteville, Arkansas 72701

**RE:**  **McCarthy, Danny Troy**
**Case #5:04CR50042-002**
**VIOLATION REPORT**

Dear Judge Hendren:

This is to seek the court's guidance in the matter of supervision in this case. On December 12, 2005, Mr. McCarthy was sentenced by the court for Aiding and Abetting the False Impersonation of Officer or Employee of the United States, to (10 1/2 ) months imprisonment, (1) year supervised release, $50,480 restitution, and $100 special assessment.   The offender's term of supervision commenced on December 12, 2005. Mr. McCarthy has been under the supervision of the Northern District of Illinois in Chicago.

On July 21, 2006, a violation report was provided to the court indicating the defendant admitted to the use of marijuana when confronted about positive drug tests. The court agreed to work with Mr. McCarthy as outlined in our letter dated 7-21-06, and filed with the court.

On November 6, 2006, our office received a violation report on Mr. McCarthy from the Chicago probation office dated October 31, 2006, reporting more drug use. Mr. McCarthy is near the end of his supervision term with a unpaid balance of restitution in the amount of $49,880.00. This case is due to expire on December 11, 2006. Attached is a summery narrative on Mr. McCarthy as reported by U.S. Probation officer Cathy M. Johnson. She has provided a recommendation to the court that a letter of admonishment be delivered to Mr. McCarthy for his drug use.

I will continue to monitor Mr. McCarthy's case at Your Honor's direction.

Should your honor require further information, please advise.

Sincerely,

William E. Dunn Jr.
U.S. Probation Officer

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

NOV 1 5 2006

CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

_✓_ Pursue Course of Action as Stated

___ Submit Petition for Violation Hearing

___ Other _____
_____
_____
_____

Honorable Jimm Larry Hendren                    11/15/06
Chief U.S. District Judge                           Date

Enclosure: Violation letter dated 10-31-2006