```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                      Case No. 04-50042-002

DANNY TROY MCCARTHY                                         DEFENDANT

**O R D E R**

Currently before the Court is the defendant's pro se **Motion for Dismissal of Restitution (Doc. 71)** and the Government's Response (Doc. 72) in opposition. The Court agrees with the Government that the grounds asserted by the defendant were considered at sentencing when the Court imposed the restitution obligation and that the defendant has not demonstrated any new grounds justifying modification of the restitution order.

Accordingly, defendant's **Motion (Doc. 71)** is **DENIED**.

**IT IS SO ORDERED** this 2nd day of April, 2008.

```
                              /S/JIMM LARRY HENDREN
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE
```